IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JERMAINE LEWIS, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 5:17-CV-280 (MTT) |
| | ) |
| Corrections Officer K. HALL, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

After screening the Plaintiff's complaint pursuant to 28 U.S.C. § 1915A, United States Magistrate Judge Stephen Hyles allowed the Plaintiff's medical treatment claims against Defendants Hall, Sale, Williamson, and McLaughlin and his retaliation claims against Defendants Hall, Williamson, and McLaughlin to proceed for further factual development. Doc. 13 at 1. The Magistrate Judge recommends dismissing without prejudice the Plaintiff's remaining claims and that his motions for preliminary injunction and transfer be denied. *Id.* The Plaintiff has not objected to the Recommendation. The Court has reviewed the Recommendation and accepts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation is **ADOPTED** and made the order of this Court. Accordingly, the Plaintiff's failure-to-protect and failure-to-intervene claims against Defendant Hall, claims against Defendants Eady and McKenzie, and procedural due process claims against the Defendants are **DISMISSED**

**without prejudice**. Moreover, the Plaintiff's motion for preliminary injunction (Doc. 6) and his motion for transfer (Doc. 12) are **DENIED**.

**SO ORDERED,** this 23rd day of January, 2018.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT
